**STEINKRAUSE v. TATUM**

[364 N.C. 419 (2010)]

KAREN STEINKRAUSE, Petitioner v. GEORGE TATUM, Commissioner of the North Carolina Division of Motor Vehicles, Respondent

No. 18A10

(Filed 8 October 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 201 N.C. App. ___, 689 S.E.2d 379 (2009), affirming a judgment entered 27 March 2008 by Judge Orlando F. Hudson, Jr. in Superior Court, Wake County. Heard in the Supreme Court 7 September 2010.

*George B. Currin for petitioner-appellant.*

*Roy Cooper, Attorney General, by Christopher W. Brooks, Assistant Attorney General, for respondent-appellee.*

PER CURIAM.

AFFIRMED.